## Case No. 4,464.

### The E. M. McCHESNEY.

[15 Blatchf. 183.] [1]

Circuit Court, S. D. New York. Aug. 23, 1878. [2]

[1] [Reported by Hon. Samuel Blatchford, Circuit Judge, and here reprinted by permission.]
[2] [Affirming Case No. 4,463.]

William W. Goodrich, for libellants.
Franklin A. Wilcox, for claimant.

WAITE, Circuit Justice. The decree of the district court was right. The action was brought to recover for the breach of a contract of affreightment, and not for a marine tort. The well-considered opinion of the district judge, in which I fully concur, makes it unnecessary for me to attempt to add to what he has so well said.